FIRST NATIONAL BANK & TRUST CO. OF TUCKAHOE, Appellant, *v.* TIETZE REALTY CORPORATION et al., Respondents.

Argued November 28, 1939; decided December 28, 1939.

*Raphael Link* for appellant.

*Arthur D. Brennan, Chester A. Slocum* and *James D. Hopkins* for Mount Vernon Trust Company, respondent.

*Woodson R. Oglesby*, respondent, in person.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.